IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ABDUS S. LUQMAN,**

**Plaintiff,**

**v.**

**NATIONAL CITY BANK,**

**Defendant.**                                              **No. 08-CV-0499-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Now before the Court is a letter from Plaintiff requesting that the Court serve the Defendant in this matter with the summons and complaint. (Doc. 2.) The Court construes this letter as a motion for service of process at government expense. Nothing in Plaintiff's motion suggests that Plaintiff is unable to afford the expense of service. Therefore, Plaintiff's motion for service at government expense is **DENIED**. (Doc. 2.) The Court **DIRECTS** the Clerk's Office to send Plaintiff a file-stamped copy of his complaint and return the summons to him that he previously submitted. Plaintiff is advised that he must obtain service on Defendant in accordance with the procedures and time limits set forth in **FEDERAL RULE OF CIVIL PROCEDURE 4**.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2008.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**